UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-cr-80074-Bloom/McCabe

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN ALLEN DUPREE,

    Defendant.
_____/

## REPORT & RECOMMENDATION

The Defendant, JOHN ALLEN DUPREE, appeared before the Court on May 15, 2023, represented by counsel, for a final hearing for violations of his supervised release. The Defendant was originally convicted of bank robbery in violation of Title 18 U.S.C. § 2113(a), a Class C felony. On November 17, 2006, the Defendant was sentenced to two hundred sixteen (216) months of imprisonment followed by three (3) years of supervised release with certain special conditions. The Defendant's term of supervised release commenced on March 11, 2022.

The Defendant is now charged with one (1) violation of his standard conditions of supervision:

**(1) Violation of Standard Condition,** by failing to notify the probation office at least ten days prior to any change in residence. On or about January 6, 2023, the defendant moved from his approved residence of 1004 West 13th Street, Apt. 7, Riviera Beach, FL 33404, and his whereabouts are unknown.

At the hearing, the Defendant knowingly, voluntarily, and with advice from counsel admitted to committing violation one (1) of his supervised release.

Based on the foregoing, the Court **RECOMMENDS** that the District Court accept the Defendant's admissions and find him guilty of committing violation one (1) of his supervised release as charged in open court. The Court further **RECOMMENDS** that this matter be set down for sentencing before U.S. District Judge Beth Bloom.

A party shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with U.S. District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1 (2016).

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach in the Southern District of Florida this 15th day of May 2023.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE